Steve A. Smith Jr.

6815 Biscayne Blvd

Suite 103-199

Miami, FL 33138

949-290-4914

Steve@XFCFight.com

FILED BY _____ D.C.
JAN 06 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

Steve A. Smith Jr. and Xtreme Fighting Championships, Inc.,

Defendants.

Case No.: 1:24-cv-24802-RAR

MOTION FOR APPOINTMENT OF COUNSEL AND EXTENSION OF TIME

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW, Steve A. Smith Jr. and Xtreme Fighting Championships, Defendant in the above-captioned matter, and respectfully moves this Court to:

1. Appoint counsel to represent me in this civil case, and

2. Grant an extension of time for any upcoming deadlines to allow for the appointment of counsel and sufficient preparation for my defense.

In support of this motion, I state as follows:

1. Nature of the Case

This is a complex case involving allegations brought by the Securities and Exchange Commission (SEC). The issues require specialized knowledge of securities laws, making it extremely difficult for me to navigate the case without legal representation.

2. Financial Inability to Retain Counsel

I am currently unemployed and the company has not been operating with funding for two years, as such both lack the financial resources to hire legal representation.

3. Importance of Counsel

The Plaintiff, the SEC, is represented by experienced legal counsel, placing me at a significant disadvantage. The complexity of the legal issues, combined with the serious potential consequences of this case, makes it imperative that I have legal representation to ensure my rights are protected.

4. Need for Extension of Time

To properly respond to the allegations and prepare an adequate defense, I request that the Court extend any impending deadlines in this case, including but not limited to filing responses, motions, or other required actions, by 30 days. This extension will allow time for the appointment of counsel and subsequent case preparation.

5. Legal Authority

This Court has the discretion to appoint counsel in civil cases and grant extensions of time to ensure fairness in proceedings.

6. Request for Relief

WHEREFORE, I respectfully request that this Court:

- Appoint counsel to represent me in this matter;

- Extend all applicable deadlines by 30 days to allow for the appointment of counsel and preparation of my defense; and

- Grant any other relief that it deems just and proper.

Respectfully submitted,

*[signature]*

Steve A. Smith Jr.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Appointment of Counsel and Extension of Time was served on Plaintiff's counsel via email to DurkinW@sec.gov on 1/3/25.

*[signature]*

Steve A. Smith Jr.