UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-24802-RAR

**SECURITIES AND EXCHANGE COMMISSION**,

    Plaintiff,

v.

**STEVE A. SMITH, JR.,** and
**XTREME FIGHTING CHAMPIONSHIPS, INC.,**

    Defendants.
_____/

## ORDER CONTINUING STAY AND ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon Defendant's Assented-To Motion to Continue Stay and to Set Time to Move or Answer, [ECF No. 9]. Defendants Steve A. Smith, Jr. and Xtreme Fighting Championships, Inc. have informed the Court that the parties need time to conduct settlement discussions and seek to resolve the action at its current stage. [ECF No. 9] ¶ 2. Accordingly, the Court, having carefully reviewed the file and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

    1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a joint status report or the appropriate dismissal documents **on or before February 28, 2025**.

    2. If the parties reach an impasse, either party may move to reopen the case and restore it to the active docket.

    3. The Clerk shall **CLOSE** this case for administrative purposes only.

    4. All deadlines are **TERMINATED**.

5.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of January, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**